[No. 49876-2-I.   Division One.   February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS DALEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-04227-2, Michael S. Spearman, J., entered December 19, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49918-1-I.   Division One.   February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH D. HIGGINS, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 95-1-04213-5, Janice B. Niemi and Jeffrey M. Ramsdell, JJ., entered March 18, 1996, January 21, 2000, and November 9, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49924-6-I.   Division One.   February 18, 2003.]

DEBRA D. THOMPSON, ET AL., *Appellants*, v. EAST PACIFIC ENTERPRISES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-23069-9, James A. Doerty, J., entered June 19, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker, C.J., and Appelwick, J.

[No. 49947-5-I.   Division One.   February 18, 2003.]

MICHELLE LINEHAN, ET AL., *Respondents*, v. SAFEWAY STORES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-07801-1, Gerald L. Knight, J., entered May 23, 2002. *Reversed* by unpublished opinion per Coleman, J., concurred in by Becker, C.J., and Baker, J.